IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-317-F

| | |
|---|---|
| BLUESCOPE BUILDINGS NORTH AMERICA, INC. d/b/a VARCO PRUDEN BUILDINGS, A DIVISION OF BLUESCOPE BUILDINGS NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVIDSON AND JONES CONSTRUCTION COMPANY, <br><br> Defendant and Third Party Plaintiff, <br><br> v. <br><br> PROMENADE AT SURF CITY, LLC <br><br> Third-Party Defendant. | **ORDER** |

This matter is before the court on the Motions for Admission *Pro Hac Vice* of Curtis L. Brown and Jeremy Sharon [DE-16; DE-17] filed by Plaintiff.

The motions [DE-16; DE-17] are DENIED as moot. This court's Local Rules do not provide for *pro hac vice* admissions; rather, attorneys who are not members of the bar of this court may appear through Local Counsel, as required by Local Civil Rule 83.1.

SO ORDERED. This, the 15th day of July, 2013.

*James C. Fox*
James C. Fox
Senior United States District Judge