No. 5:13-CV-317-F

| | | |
|---|---|---|
| BLUESCOPE BUILDINGS | ) | |
| NORTH AMERICA, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVIDSON AND JONES | ) | |
| CONSTRUCTION COMPANY, | ) | |
| Defendant. | ) | |
| | ) | ORDER |
| | ) | |
| DAVIDSON AND JONES | ) | |
| CONSTRUCTION COMPANY, | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PROMENDADE AT SURF CITY, LLC, | ) | |
| Third-Party Defendant. | ) | |

The court has been informed that the parties have reached a settlement in this matter.
Accordingly, this action hereby is DISMISSED without prejudice to any party to reopen should
settlement not be consummated on or before **February 28, 2014.** Unless the case is reopened,
counsel are DIRECTED to file their Joint Stipulation of Dismissal With Prejudice on or before
**February 28, 2014.** All pending motions are DENIED AS MOOT and the Clerk of Court is
DIRECTED to remove this matter from the undersigned's court calendar.

SO ORDERED.

This the 6 day of January, 2014.

James C. Fox

JAMES C. FOX
Senior United States District Judge